# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| FREDERICK LEWIS COOLEY, | :: | CIVIL ACTION NO. |
| Inmate # 463898, | :: | 1:06-CV-0870-RWS |
|    Plaintiff, | :: | |
| | :: | |
| v. | :: | |
| | :: | |
| UNKNOWN, | :: | PRISONER ACTION |
|    Defendant. | :: | |

## ORDER AND OPINION

Mr. Cooley, currently confined at the Western Probation Detention Center in Butler, Georgia, has addressed a one-page letter to the attention of the "Clerk of Superior Court," asking "what is going on with" an alleged "hold on [him] in Fulton County for forgery." [Doc. 1.] Mr. Cooley asks for "a copy of the incident report" and "an explanation of what the warrant is about." [Id.]

It does not appear that Mr. Cooley has stated a claim for relief or even that he has attempted to do so. Rather, he seeks information about a pending charge against him in Fulton County. The federal courts do not provide such information or offer advice to litigants. See Preiser v. Newkirk, 422 U.S. 395, 401 (1975).

AO 72A
(Rev.8/82)

Accordingly, the instant civil action [Doc. 1] is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this  1st  day of May, 2006.

*Richard W. Story*
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)